7jgmtwoh (7/15)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

**In Re:** Gregg Alan Martin and Evaline Melissa Faith Martin
   Debtor

*Bankruptcy Case No.*
14–30317–can7

**NextGear Capital, Inc.**
   Plaintiff(s)

*Adversary Case No.*
14–03015–can

v.

**Gregg Alan Martin**
**Evaline Melissa Faith Martin**
   Defendant(s)

## JUDGMENT

The issues of this proceeding having been duly considered by the Honorable Cynthia A. Norton , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

**IT IS ORDERED AND ADJUDGED**: that judgment is entered in favor of NextGear and against Defendant Gregg Alan Martin in the principal sum of $54,008.16, plus attorneys fees and costs of collection; and it is further
ORDERED, that the discharge of said amount as to Defendant Gregg Alan Martin is denied pursuant to 11 U.S.C. §§ 523(a)(2) and 523(a)(4); and it is further
ORDERED, that the claims against Defendant Evaline Melissa Faith Martin are dismissed; and it is further
ORDERED, that NextGear will forbear from exercising its enforcement rights for so long as Defendant Gregg Alan Martin continues to meet his obligations pursuant to the terms of the Agreement as herein defined; and it is further
ORDERED, that upon completion by Defendant Gregg Alan Martin of his obligations under the Agreement as herein defined, NextGear will file a satisfaction of judgment herein.

PAIGE WYMORE–WYNN
Acting Court Executive

By: /s/ Jamie McAdams
    Deputy Clerk



Date of issuance: 8/25/15

Court to serve